```
                UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        Norfolk Division


ROBERT A. CRUMP,

            Petitioner,

v.                                           ACTION NO.
                                             2:05cv223

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

            Respondent.
```

FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The petition alleges violation of petitioner's constitutional rights pertaining to his parole revocation hearing.

The petition was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Report of the Magistrate Judge was filed on May 15, 2006, recommending dismissal of the petition.  By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge.  The Court has received no objections to the United States Magistrate Judge's Report and Recommendation and the time for filing same has expired.

The Court does hereby accept the findings and recommendations

set forth in the report of the United States Magistrate Judge filed May 15, 2006, and it is therefore ORDERED that the petition be DENIED as moot and the respondent's motion to dismiss as well as supplemental motion to dismiss be GRANTED.

Petitioner may appear from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. <u>See</u> <u>Miller-El v. Cockrell</u>, 123 S.Ct. 1029, 1039 (2003). The Clerk shall mail a copy of this Final Order to the petitioner and to counsel of record for the respondent.

                                        /s/
                               Rebecca Beach Smith

Norfolk, Virginia

June 14, 2006